1  ANDREW T. KOENIG, State Bar No. 158431
   Attorney at Law
2  93 S. Chestnut Street, Suite 208
   Ventura, California 93001
3  Telephone: (805) 653-7937
   Facsimile: (805) 653-7225
4  E-Mail: andrewtkoenig@hotmail.com

5  Attorney for Plaintiff Jose Diaz

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| JOSE DIAZ, | CASE NO. ED CV 25-01428-ADS |
| Plaintiff, | |
| v. | ORDER AWARDING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |
| FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of SEVEN-THOUSAND DOLLARS and ZERO CENTS ($7,000.00), as authorized by 28 U.S.C. § 2412(d) and subject to the terms of the Stipulation.

Dated: 11/21/2025        /s/ Autumn D. Spaeth

HON. AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE